In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-05-065 CR


____________________



THOMAS RUSSELL ROWAN, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the County Court


San Jacinto County, Texas


Trial Cause No. 03-389






 MEMORANDUM OPINION 


 Our Order of October 13, 2005 is withdrawn, and the appeal is reinstated.

 We have before the Court a motion from the appellant, Thomas Russell Rowan, to
withdraw his notice of appeal pursuant to Tex. R. App. P. 42.2. The motion is signed by
appellant personally. No opinion has issued in this appeal. The motion is granted and the
appeal is therefore dismissed.

 APPEAL DISMISSED.

 ___________________________

 STEVE McKEITHEN

 Chief Justice



Opinion Delivered November 23, 2005 

Do Not Publish

Before McKeithen, C.J., Gaultney and Kreger, JJ.